

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00908-CR

Jakroi Allen **BANKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0571
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 19, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice